FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILSON LOGISTICS, INC., | |
| Plaintiff, | No.  2:21-CV-00079-SAB |
| v. | |
| BOOTS TRUCKING CORP., | **ORDER GRANTING STIPULATED MOTION TO DISMISS** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss Claims Against Boots Trucking With Prejudice and Without Costs, ECF No. 14. The parties request the Court dismiss the above-captioned action with prejudice and without costs, as the parties have fully settled the claims between them. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court grants the Motion and dismisses the action.

//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulated Motion to Dismiss Claims Against Boots Trucking With Prejudice and Without Costs, ECF No. 14, is **GRANTED**.

2.     This action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 31st day of August 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS * 2**